| | |
|---|---|
| A & R ENGINEERING AND TESTING, INC., | Case No. 4:21-cv-03577 |
| Plaintiff, | **NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION** |
| vs. | ORAL HEARING REQUESTED |
| CITY OF HOUSTON; and | |
| KEN PAXTON, in his official capacity as Attorney General of Texas, | |
| Defendants. | |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

TO DEFENDANTS CITY OF HOUSTON AND ATTORNEY GENERAL KEN

PAXTON, AND THEIR COUNSEL:

PLEASE TAKE NOTICE that as soon as the matter may be heard, in the courtroom of the Honorable Andrew S. Hanen at the United States District Court for the Southern District of Texas, Houston Division, Bob Casey United States Courthouse, 515 Rusk Street, Room 8613, Houston, TX 77002, Plaintiff A & R Engineering and Testing, Inc., hereby applies to the Court for a preliminary injunction. This motion is brought pursuant to Fed. R. Civ. P. 65(a), S.D. Tex. L.R. 7, 42 U.S.C. § 1983, and the First and Fourteenth Amendments of the U.S. Constitution.

Plaintiff's motion seeks to enjoin Defendants' enforcement of Tex. Gov. Code § 2271.001 *et seq.*, "Prohibition on Contracts with Companies Boycotting Israel," as facially unconstitutional. It further seeks to enjoin the City of Houston's inclusion of a "No Boycott of Israel" clause in Plaintiff's renewal contract with the city for software engineering services, so that Plaintiff can sign it and resume its work for the City of Houston.

This motion is based on this Notice of Motion, the supporting Memorandum, the supporting declarations of A and R Engineering and Testing, Inc., and Gadeir I. Abbas, Esq., with accompanying exhibits, and all such further written materials and oral arguments as may be presented to the Court.

Dated: November 15, 2021

Respectfully submitted,

**JOHN T. FLOYD LAW FIRM**

/s/ John T. Floyd

John T. Floyd (TX Bar No. 00790700)
   jfloyd@johntfloyd.com
Christopher M. Choate (TX Bar No. 24045655)
   choate@johntfloyd.com
4900 Woodway Dr., Ste. 725
Houston, TX 77056
Phone: (713) 224-0101
Fax:   (713) 237-1511

**CAIR LEGAL DEFENSE FUND**

/s/ Lena F. Masri

Lena F. Masri (D.C. Bar No. 1000019) α
   lmasri@cair.com
Gadeir I. Abbas (VA Bar No. 81161) α *
   gabbas@cair.com
Justin Sadowsky (D.C. Bar No. 977642) α
   jsadowsky@cair.com
453 New Jersey Ave., SE
Washington, DC 20003
Phone: (202) 742-6420
Fax:   (202) 488-0833

α *SDTX admission application forthcoming*

\* *Licensed in VA, not in D.C.*
  *Practice limited to federal matters*