IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| A & R ENGINEERING AND TESTING, INC. § § § *Plaintiff,* § § V. § § CITY OF HOUSTON, and KEN PAXTON, § in his official capacity as Attorney General § of Texas, § § *Defendants.* § | CIVIL ACTION NO. 4:21-cv-03577 |

### CITY OF HOUSTON'S RESPONSE TO A & R ENGINEERING AND TESTING, INC.'S APPLICATION FOR A PRELIMINARY INJUNCTION

Defendant the City of Houston ("City") files its Response to A & R Engineering and Testing, Inc.'s Application for a Preliminary Injunction as follows:

As a home rule municipality, the City is required to follow state law. Texas Government Code section 2271, *et. seq.* requires the City to include in certain contracts "written verification" that the party contracting with the City "does not boycott Israel" and "will not boycott Israel during the term of the contract." Plaintiff challenges the constitutionality of this requirement. At this time, the City takes no position on the constitutionality of section 2271, *et seq.* The City will continue to follow valid state law in accordance with these these proceedings.

Respectfully submitted,

**MICHEL G. ARTURO**
CITY ATTORNEY
SUZANNE CHAUVIN
CHIEF, GENERAL LITIGATION SECTION

By: *s/ Brian A. Amis*
    Brian A. Amis

1

Sr. Assistant City Attorney
State Bar No.:  24040424
Fed I.D.: 37342
CITY OF HOUSTON LEGAL DEPARTMENT
900 Bagby, 4th Floor
Houston, Texas 77002
832.393.6464 -Telephone
832.393.6259 - Facsimile
brian.amis@houstontx.gov
ATTORNEYS FOR DEFENDANT
THE CITY OF HOUSTON

## CERTIFICATE OF SERVICE

This Pleading was served in compliance with the *Federal Rules of Civil Procedure* on the 6th day of December, 2021, to all attorneys of record.

*<u>Via Certified Mail, Return Receipt Requested</u>*

John T. Floyd (TX Bar No. 00790700)
jfloyd@johntfloyd.com
Christopher M. Choate (TX Bar No. 24045655)
choate@johntfloyd.com
4900 Woodway Dr., Ste. 725
Houston, TX 77056

Lena F. Masri (D.C. Bar No. 1000019)
lmasri@cair.com
Gadeir I. Abbas (VA Bar No. 81161)
gabbas@cair.com
Justin Sadowsky (D.C. Bar No. 977642
jsadowsky@cair.com
453 New Jersey Ave., SE
Washington, DC 20003

CYNTHIA A. MORALES
Attorney-in-Charge
Assistant Attorney General
State Bar No. 14417420
SD Bar No. 23091
Tel: (512) 475-4470
Cynthia.Morales@oag.texas.gov

WM. SUMNER MACDANIEL
Assistant Attorney General

State Bar No. 24093904
SD Bar No. 3293076
Tel: (512) 936-1862
William.Macdaniel@oag.texas.gov

Financial Litigation and Charitable Trusts Division
P.O. Box 12548
Austin, TX 78711-2548
Fax: (512) 477-2348

***Counsel for Ken Paxton,
In his official capacity as Attorney General of Texas***

                                          *s/  Brian A. Amis*
                                          Brian A. Amis