IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| A & R ENGINEERING AND TESTING, INC., <br>     Plaintiff, <br><br> v. <br><br> CITY OF HOUSTON, and KEN PAXTON, in his official capacity as Attorney General of Texas, <br>     Defendants. | Case No. 4:21-cv-03577 |

**DEFENDANT KEN PAXTON'S NOTICE OF APPEAL**

Defendant Ken Paxton, in his official capacity as Attorney General of Texas, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Order [Dkt. 33] and Order on Temporary Injunction [Dkt. 34] entered on January 28, 2022.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

LESLEY FRENCH
Chief of Staff

MURTAZA F. SUTARWALLA
Deputy Attorney General for Legal Counsel

JOSHUA R. GODBEY
Division Chief
Financial Litigation and Charitable Trusts Division

*/s/ Wm Sumner Macdaniel*
WILLIAM SUMNER MACDANIEL
Assistant Attorney General
State Bar No. 24093904
SD Bar No. 3293076
Tel: (512) 936-1862
William.Macdaniel@oag.texas.gov

CYNTHIA A. MORALES
Attorney-in-Charge
Assistant Attorney General
State Bar No. 14417420
SD Bar No. 23091
Tel: (512) 475-4470
Cynthia.Morales@oag.texas.gov

Financial Litigation and Charitable Trusts Division
Office of the Attorney General
P.O. Box 12548/Mail Stop 017
Austin, TX 78711-2548
Division Fax: (512) 477-2348

*Counsel for Ken Paxton,*
*In his official capacity as Attorney General of Texas*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, the foregoing *Defendant Ken Paxton's Notice of Appeal* was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Wm. Sumner Macdaniel*
WILLIAM SUMNER MACDANIEL
Assistant Attorney General