United States District Court
Southern District of Texas
**ENTERED**
May 06, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| A & R ENGINEERING AND TESTING, INC., § § § | |
| *Plaintiff,* § § | |
| v. § | CIVIL ACTION NO. 4:21-CV-03577 |
| § | |
| CITY OF HOUSTON and KEN PAXTON, *in his official capacity as Attorney General of Texas,* § § § § § | |
| *Defendants.* § | |

## ORDER

Before the Court is Defendant Ken Paxton's ("Paxton") Emergency Motion to Stay Preliminary Injunction Pending Appeal. (Doc. No. 36). Plaintiff A & R Engineering and Testing, Inc. ("Plaintiff") has filed a response in opposition, (Doc. No. 45), and Paxton has filed a reply in support. (Doc. No. 47).

Also before the Court is Paxton's Motion to Stay Further Proceedings, (Doc. No. 37), to which Plaintiff has responded in opposition, (Doc. No. 46), and Paxton has replied in support. (Doc. No. 48).

The Court notes that Paxton has filed an interlocutory appeal to the Fifth Circuit in this case and has filed these motions to ensure clarity in the record. After considering the briefing and relevant law, the Court **DENIES** Paxton's Motion to Stay Preliminary Injunction Pending Appeal.

(Doc. No. 36). The Court **GRANTS** Paxton's Motion to Stay Further Proceedings while the interlocutory appeal is being considered by the Fifth Circuit. (Doc. No. 37).

Signed at Houston, Texas, this 6th day of May, 2022.

Andrew S. Hanen
United States District Judge