United States Courts
Southern District of Texas
FILED

June 03, 2022

Nathan Ochsner, Clerk of Court

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 03, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-20047   A & R Eng and Testing v. Paxton
                  USDC No. 4:21-CV-3577

The court has taken the following action in this case: The motions to withdraw Cynthia A. Morales and William Sumner Macdaniel as counsel has been granted.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

Mr. Gadeir Ibrahim Abbas
Ms. Michal Baum
Mr. John Brinkerhoff
Mr. Adam Howard Charnes
Mr. Paul D. Clement
Mr. Drew C. Ensign
Mr. John Thomas Floyd III
Mr. Jay Mark Goldstein
Mr. Eric J. Hamilton
Mr. John Hail Heyburn
Mr. Nathan Lewin
Mr. William Sumner Macdaniel
Ms. Lena F. Masri
Mr. Benjamin Wallace Mendelson
Ms. Cynthia Morales
Ms. Erin Murphy
Mr. Nathan Ochsner
Mr. Jonathan M. Rotter
Mr. Justin Sadowsky
Mr. Jay A. Sekulow
Mr. Akiva Shapiro
Mr. Benjamin Paul Sisney
Mr. James Patrick Sullivan
Mrs. Katie Rose Talley
Mr. Eugene Volokh