United States District Court
Southern District of Texas
**ENTERED**
August 03, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| A & R ENGINEERING AND TESTING, INC., | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-CV-3577 |
| CITY OF HOUSTON and KEN PAXTON, *in his official capacity as Attorney General of Texas*, | § § § § § | |
| *Defendants*. | § § | |

## ORDER

An injunction was not entered in this case against Defendant Ken Paxton, the Attorney General of Texas. Nevertheless, the Court has been ordered to vacate the injunction as to the Attorney General and to dismiss the Attorney General as a party to this case. Therefore

IT IS HEREBY ORDERED that Defendant Ken Paxton, the Attorney General of Texas, is dismissed as a party to this case and any injunction entered against the Attorney General, his office, or the State of Texas in this case is vacated.

SIGNED at Houston, Texas this 26th day of July, 2023.

Andrew S. Hanen
United States District Judge